IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -8 PM 4: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

V.                                        Cr. No. 05-20056-03-Ma

RONDAVIOUS ADAMS

### ORDER SPECIFYING PERIOD OF
### DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

The defendant has this day notified the Court that he or she is attempting to obtain private counsel to represent him or her in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel.

IT IS THEREFORE ORDERED that the time period of 09/08/05 through 09/14/05 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case, while the defendant is attempting to obtain private counsel.

**ARRAIGNMENT IS RESET TO WEDNESDAY, SEPTEMBER 14, 2005 at 10:00 a.m. BEFORE MAGISTRATE JUDGE VESCOVO.**

_____
UNITED STATES MAGISTRATE JUDGE

DATE: September 08, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-16-05

245

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 245 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leonard Van Eaton
VAN EATON & ROSENBERG
1193 Madison Avenue
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT