IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 05-20056-03-Ma |
| ) | |
| RONDAVIOUS ADAMS, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON CHANGE OF PLEA**

This cause came on to be heard on December 6, 2005, the United States Attorney for this district appearing for the Government and the defendant, Rondavious Adams, appearing in person and with retained counsel, Mr. Leonard Van Eaton.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Friday, March 17, 2006 at 11:00 a.m.**

The defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the 6th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 549 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

Leonard Van Eaton
VAN EATON & ROSENBERG
1193 Madison Avenue
Memphis, TN 38104

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT